UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
61 EAST MAIN STREET ASSOCIATES,
LLC, and MOCHE HALPERN,

                          Plaintiffs,

    -against-                                      24 **CIVIL** 2647 (KMK)

## JUDGMENT

THE VILLAGE OF WASHINGTONVILLE,
THOMAS DEVINKO, in his official and
individual capacities, DONNA JACARUSO,
in her official and individual capacities,
SUSAN WALSKI, in her official and
individual capacities, STEVE PRESSER, in
his official and individual capacities, and
VERNON COLEMAN, in his official and
individual capacities,

                          Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 23, 2025, Defendants' motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

       September 24, 2025

                                                  **TAMMI M. HELLWIG**

                                                  **Clerk of Court**

                         **BY:**

                                                  **Deputy Clerk**